IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BASS, individually, on a
Representative basis, and on behalf of
all others similarly situated     PLAINTIFF

v.     Case No. 4:17-cv-4061

SOUTHERN REFRIGERATED
TRANSPORT, INC., and Arkansas
Corporation; and DOES 1 through
10, inclusive     DEFENDANTS

## ORDER

Before the Court is the parties' Joint Motion to Stay Case Pending Mediation. ECF No. 31. The parties request that the Court stay all deadlines in this case pending the completion of the parties' mediation, which is scheduled for February 1, 2018. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the motion (ECF No. 31) is **GRANTED**. On or before **March 1, 2018**, the parties shall file with the Court either a notice informing the Court that the parties have resolved all claims or a motion to lift the stay in this case so that an initial scheduling order may be entered.

**IT IS SO ORDERED**, this 10th day of October, 2017.

                                                 /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 United States District Judge