IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BASS, individually, on a
representative basis, and on behalf of all
others similarly situated                                                                    PLAINTIFF

v.                                       Case No. 4:17-cv-4061

SOUTHERN REFRIGERATED
TRANSPORT, INC., and Arkansas
Corporation; and DOES 1 through 10,
inclusive                                                                                   DEFENDANTS

## **ORDER**

Before the Court is a Joint Stipulation of Dismissal. ECF No. 43. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE** as to all claims and all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**, this 20th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge